UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JORGE TORRES, JR.,

    Plaintiff,

vs.

CARLA BUTKO, *et al.*,

    Defendants.

3:13-cv-00001-RCJ-WGC

**ORDER**

Jorge Torres, Jr., an individual is a Nevada prisoner, submitted a *pro se* Civil Rights Complaint (received January 2, 2013), but has not paid the required filing fee of $350 or filed an application to proceed in forma pauperis. Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

Dated this 15th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE